# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| RLB DEVELOPMENT, LLC | ) | Case No. 09 CV 2718 |
| | ) | |
| Plaintiff, | ) | Judge Charles R. Norgle, Sr. |
| | ) | |
| v. | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| AFFILIATED RESOURCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF STIPULATED JUDGMENT
## IN FAVOR OF RLB DEVELOPMENT, LLC

NOW COMES Plaintiff, RLB Development, LLC ("RLB Development"), by its attorney Kevin J. Burns, and moves for entry of Stipulated Judgment in favor of RLB Development, LLC. In support of its Motion, Plaintiff states as follows:

1. RLB Development and Affiliated Resources, Inc. ("Affiliated") have fully resolved this matter and have entered into a settlement agreement.

2. As part of that written settlement agreement, the Parties agreed to enter into a Stipulated Judgment in Favor of RLB Development whereby judgment is entered against Affiliated in the amount of One Hundred Ninety-Five Thousand and 00/100 Dollars ($195,000.00) plus post-judgment interest running on a per diem basis of $17/day beginning on January 1, 2011 (the "Stipulated Judgment"). A true and correct copy of the proposed Stipulated Judgment is attached hereto as Exhibit A.

3. Upon entry of the Stipulated Judgment, this matter is fully resolved and may be removed from the active docket and otherwise closed and/or terminated.

FOR RELIEF, RLB Development, LLC moves for entry of the Stipulated Judgment in favor of RLB Development, LLC and to have this case removed from the active docket and otherwise closed and/or terminated.

Respectfully Submitted,

RLB DEVELOPMENT, LLC


  /s/ Kevin J. Burns
One of Their Attorneys

Anthony P. Steinike
Kevin J. Burns
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654
(312) 715-5000
(312) 715-5155 (fax)